| AO-10<br>Rev. 8/87. | FINANCIAL DISCLOSURE REPORT | Annual R  : Due by May 15 from Judicial Officers and<br>certain Ju  al Employees (28 USCA App. I. §§ 301-09) |

| Person Reporting (Last name, first, middle initial)<br>Fernandez, Ferdinand F | Court or Organization<br>Court of Appeals,<br>Ninth Circuit | Date of Report<br>Mar 1 1989 |
| Title<br>Judge | Date of Entry/Nomination/Termination<br>(only if initial or final report)<br>Feb. 28, 1989 | Reporting Period<br>(Calendar year, or<br>inclusive dates)<br>Jan 1, 1988<br>to<br>Feb 28, 1989 |
| Home or office address<br>312 No Spring St., Los Angeles, Cal. 90012 | | |

IMPORTANT NOTES: *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

**I. POSITIONS.** *(Reporting individual only; see pp. 15-16 of Instructions.)*

POSITION | NAME OF ORGANIZATION/ENTITY

☐ NONE (No reportable positions)

Trustee     Magdalena vonStaufen Trust (a to a partial interest in a home in Clifton. Ariz.) Resigned 3/28/89; effective 4/2/89

**II. AGREEMENTS.** *(Reporting individual only; see p. 17 of Instructions.)*

DATE | PARTIES AND TERMS

☐ NONE (No reportable agreements)

1972     American Bar Assn. Retirement Plan, maintained by Allard, Shelton + O'Connor. This is a Keogh Plan. No contributions made since I left firm in 1980.

**III. NON-INVESTMENT INCOME.** *(Partial disclosure for spouse; see pp. 18-20 of Instructions.)*

DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's)

☐ NONE (No reportable non-investment income)

1     Spouses' wages from Chaffey College, | $
2     Alta Loma, Calif | $
3     | $
4     | $
5     | $

Digitized by Google

402

**FINANCIAL DISCLOSURE REPORT (cont'd)**

Name of Person Reporting: Fernandez, Ferdinand F

Date of Report: 3/1/89

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Association of Business Trial Lawyers | I was a speaker at Association Conference in Hawaii, and the Association paid expenses of me and spouse— including transportation, food & lodging. |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| West Publishing Co | Books | $ 292.00 |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fernandez, Ferdinand | 3/1/89 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code [1] (A-H) | Type (e.g., div.) | Value Code [2] (J-P) | Value Method Code [3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code [2] (J-P) | Gain Code [1] (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Accts at Pomona First Fed Stl, Upland, Cal. (J) | E | INT. | N | T | | | | | |
| 2 Accts at Security Pac. Nat. Bank, Upland & Altaloma Clif (J) | D | INT | M | T | | | | | |
| 3 Irvine Ranch Water Dist Bonds (J) | B | INT | L | T | | | | | |
| Magdalena von Staufen Trust (I am a contingent remainder beneficiary) | | | | | | | | | |
| * (a) Wells Fargo Common Trust Funds [Wells Fargo Bank, Trustee] | A | None | O | T | | | | | |
| * (b) 1/15 interest in home in Clifton, Ariz. [C. Garcia, Trustee] | A | None | K | W | | | | | |
| *5. ABA Keogh Plan (J) | D | Var. Equity | M | T | | | | | |
| *6. Banion United Tax Sheltered Annuity | E | INT | N | T | | | | | |
| *7. Pacific Fidelty Tax Sheltered Annuity | B | INT | K | T | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $25),000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | *Feenwrit, Feenmand* | *Nov / 1919* |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____    Date *May 1, 1919*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

**FILING INSTRUCTIONS:**

1.  Mail signed original and 3 additional copies to:     Judicial Ethics Committee
    Administrative Office of the
    United States Courts
    Washington, DC 20544

2.  Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

**" EXHIBIT A "**

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1 06864 | 44 | | Notes payable to banks—secured | 85885 | 00 | (4) |
| U.S. Government securities—add schedule | 0 | 00 | | Notes payable to banks—unsecured | 0 | 00 | |
| Listed securities—add schedule | 0 | 00 | | Notes payable to relatives | 0 | 00 | |
| Unlisted securities—add schedule | 9500 | 00 | (1) | Notes payable to others | 0 | 00 | |
| Accounts and notes receivable: | | | | Accounts and bills due | 3183 | 09 | (5) |
| Due from relatives and friends | 0 | 00 | | Unpaid income tax | 0 | 00 | |
| Due from others | 0 | 00 | | Other unpaid tax and interest | 0 | 00 | |
| Doubtful | 0 | 00 | | Real estate mortgages payable—add schedule | 0 | 00 | (4) |
| Real estate owned—add schedule | 175 000 | 00 | (2) | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | 0 | 00 | | Other debts—itemize: | | | |
| Autos and other personal property | 75000 | 00 | | | | | |
| Cash value—life insurance | 0 | 00 | | | | | |
| Other assets—itemize: | | | | | | | |
| Tax Sheltered Annuity | 85628 | 82 | | | | | |
| Trust | 0 | 00 | (3) | Total liabilities | 89068 | 09 | |
| | | | | Net worth | 362925 | 17 | |
| Total assets | 451993 | 26 | | Total liabilities and net worth | 451993 | 26 | |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | 0 | 00 | | Are any assets pledged? (Add schedule.) | No | |
| On leases or contracts | 0 | 00 | | Are you defendant in any suits or legal actions? | Yes | (6) |
| Legal Claims | 0 | 00 | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | 0 | 00 | | | | |
| Other special debt | 0 | 00 | | | | |

(1) IRVINE Ranch Water District Bonds – Face Value – $10,000.00

(2) Home at 117 W. Arrow Hwy, Upland, Cal.

(3) I have a contingent remainder interest in Magdalena Vom Staufen Trust, from which I derive no income and have no right to principal.

(4) Note secured by Deed of Trust on home at 117 W Arrow Hwy, Upland, Calif. Holder: Bank of America

(5) Total on Credit Cards

(6) Three action against all Judges of US Dist. Court, C.D.Cal, which claim that attorney admission rules are unconstitional, and one against me because I am judge in removed Social Security case. Estimated liability - zero.

EXHIBIT A

**406**

## AFFIDAVIT

State of California      )
                         )  SS
County of Los Angeles    )

I, FERDINAND F. FERNANDEZ, do swear that the information provided in this statement is, to the best of my knowledge, true and accurate.

_Mar 9 1989_ _____     _____
DATE                            NAME

Subscribed and sworn to before me this _9th_ day of _March_, 1989.

_____
NOTARY



OFFICIAL SEAL
XAVIER MIRELES
NOTARY PUBLIC-CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
My Commission Expires March 2. 1990

Digitized by Google